# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2016

153833 & (17)

RONALD GRAVES,
      Plaintiff-Appellee,

v

KMART CORPORATION,
      Defendant-Appellant,

and

MENOWITZ MANAGEMENT CORPORATION,
SPG PROPERTY SERVICES, INC., d/b/a
SNOWPLOW GROUP,
      Defendants-Appellees,

and

TOP CALIBER LAWN & LANDSCAPE LLC,
and CEI ROOFING SYSTEMS, INC.,
      Defendants.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153833
COA: 332184
Oakland CC: 2015-146242-NO;
2015-149922-NO

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 25, 2016 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2016

p0622



Clerk